EDWARD MARSHALL, Respondent, v. GEORGE T. MURDOCK and GEORGE D. SHERMAN et al., as Executors, etc., Appellants.

(Submitted February 17, 1896; decided February 25, 1896.)

MOTION for re-argument denied, without costs.   (See 148 N. Y. 9.)

CATHERINE C. ELLERSON, Respondent, v. ELIZABETH P. WEST-COTT et al., Appellants.

(Submitted February 17, 1896; decided February 25, 1896.)

MOTION for re-argument denied, with ten dollars costs.   (See 148 N. Y. 149.)

THE AULTMAN AND TAYLOR COMPANY, Appellant, v. FRED-ERICK J. SYME, Respondent.

Reported below, 91 Hun, 632.
(Argued February 17, 1896; decided March 3, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 30, 1895, which reversed an order of Special Term denying a motion to vacate and set aside orders for the examination of respondent and his wife in supplementary proceedings.

*William H. Blymyer* for appellant.

*Edward F. Brown* for respondent.

Appeal dismissed, with costs; no opinion.
All concur, except HAIGHT, J., not voting.